IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SHARMEN HILL, ET AL.**                                                              **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO.: 2:15-cv-00015-DPJ-FKB**

**CITY OF LAUREL, MISSISSIPPI, ET AL.**                         **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 2:15-cv-00015-DPJ-FKB, may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between Sharmen Hill, Kristen Lindsay Musgrove, Robert A. Musgrove, and J.I.M., a minor, by and through his natural and legal guardian, Jamie Stewart ("Plaintiffs") and Jones County, Mississippi and Sheriff Alex Hodge, in his official capacity, (collectively referred to as "County Defendants"), which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Parties further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause with prejudice as to all claims against the County Defendants.

THIS, the 12th day of May, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ Allan L. Elkins, Jr.* | */s/ Jason T. Marsh* |
| Allan L. Elkins, Jr., Esq. | Gary E. Friedman, Esq. |
| Carroll H. Ingram, Esq. | Jason T. Marsh, Esq. |
| Jennifer Ingram Johnson, Esq. | PHELPS DUNBAR, LLP |
| INGRAM WILKINSON, PLLC | |
| | *ATTORNEY FOR COUNTY* |
| *ATTORNEYS FOR PLAINTIFFS* | *DEFENDANTS* |